

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2018

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *United States v. Edward Katanov*, 98 Cr. 470-02 (LGS)

Dear Judge Schofield:

    The Government submits this letter in response to this Court's October 9, 2018 Order requesting a status update on the above-referenced case. The Government is working with law enforcement to identify the status of the fugitive defendant in this case. The Government respectfully requests an additional 21 days, until November 8, 2018, to progress this investigation and to provide the Court with a status update.

                                                  Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

                               By: _____
                                               Peter J. Davis
                                               Assistant United States Attorney
                                               Southern District of New York
                                               (212) 637-2468

cc:      all counsel (via ECF)